IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRIGORIAN VARDAN, | : |
| Petitioner | : |
| | : |
| vs. | : CIVIL NO. 1:CV-11-0039 |
| | : |
| CRAIG A. LOWE, et al., | : |
| Respondents | : |

*O R D E R*

AND NOW, this 19th day of April, 2011, upon consideration of the Report and Recommendation of Magistrate Judge Smyser, to which no objections have been filed, and upon a review of the record, it is Ordered that the Report is approved. In accordance with Judge Smyser's recommendation it is Ordered as follows:

1. Thomas Decker, John Morton, Janet Napolitano and Eric Holder are dismissed as respondents.

2. The within petition is dismissed without prejudice.

3. The Clerk of Court shall close this file.

    /s/William W. Caldwell
William W. Caldwell
United States District Judge